# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LANDON JOHNSON AND CLARISSA COFFEY, individually and on behalf of all similarly situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>O.K. FOODS, INC.<br><br>      Defendant. | Case No. CIV-21-561-J |

## PLAINTIFF LANDON JOHNSON'S NOTICE OF VOLUNTARY DISMISSAL OF HIS CLAIMS AGAINST DEFENDANT O.K. FOODS, INC., WITHOUT PREJUDICE

COMES NOW, Plaintiff, Landon Johnson and, by and through his undersigned counsel and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses, without prejudice, his claims in the above-captioned action against Defendant, O.K. Foods, Inc. ("Defendant"), with each party to bear its own attorney's fees and costs. Plaintiff Johnson's voluntary dismissal of his claims leaves Plaintiff Clarissa Coffey as the sole remaining plaintiff in this action against Defendant.

Date: July 30, 2021                              Respectfully Submitted,

                                                              *s/ William B. Federman*
                                                               William B. Federman, OBA #2853
                                                               Tyler J. Bean, OBA #33834
                                                               **FEDERMAN & SHERWOOD**
                                                               10205 N. Pennsylvania Ave.
                                                               Oklahoma City, OK 73120
                                                               Telephone: (405) 235-1560
                                                               Facsimile: (405) 239-2112
                                                               wbf@federmanlaw.com
                                                               tjb@federmanlaw.com

M. Anderson Berry*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

    This certifies that on the 30th day of July 2021 I electronically filed the attached document with the Clerk of the Court using the CM/ECF system for electronic filing. A Notice of Electronic Filing will be automatically transmitted to the following CM/ECF registrants currently on file.

                                            *s/ William B. Federman*
                                            William B. Federman